

# Court of Appeals
# Sixth Appellate District of Texas

## J U D G M E N T

Eric Carson Wynn, Appellant

No. 06-13-00021-CV       v.

Heather Johnson, Appellee

Appeal from the 307th District Court of Gregg County, Texas (Tr. Ct. No. 2003-834-DR). Opinion delivered by Justice Carter, Chief Justice Morriss and Justice Moseley participating.

As stated in the Court's opinion of this date, we find no error in the judgment of the court below. We affirm the judgment of the trial court.

We note that the appellant, Eric Carson Wynn, has adequately indicated his inability to pay costs of appeal. Therefore, we waive payment of costs.

RENDERED OCTOBER 25, 2013
BY ORDER OF THE COURT
JOSH R. MORRISS, III
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk